MORITZ JOSEPHTHAL et al., Appellants, *v.* JOHN C. STEFFEN et al., Respondents.

(Argued September 28, 1880; decided December 21, 1880.

*Seig. Spingarn* for appellants.

*M. L. Townsend* for respondents.

Agree to reverse order of General and affirm judgment of Special Term, without opinion.
All concur, except MILLER, DANFORTH and FINCH, JJ., dissenting; DANFORTH, J., writing dissenting opinion.
Order reversed and judgment affirmed.